GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
JEFFREY HULET
Nevada Bar No. 10621
Email: jhulet@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

Louis W. Diess, III (*pro hac vice*)
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Ave., N.W., Suite 301
Washington, D.C. 20016
(202) 364-0400
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A.S.A. PRODUCE CO., INC., | CASE NO. 10-CV-00456-PMP-LRL |
| Plaintiff, | |
| vs. | **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ARACELICA PAREDES** |
| SUPERMERCADO DEL PUEBLO, t/a MERCADO DEL PUEBLO; and ARACELICA PAREDES, | |
| Defendants. | |

Plaintiff A.S.A. Produce Co., Inc. ("Plaintiff"), having filed its Request to Clerk to Enter Default on Defendant Aracelica Paredes (Doc. No. 29), and said default having been entered by the Clerk (Doc. No. 30), now requests that the Court enter a judgment by default against Defendant Aracelica Paredes ("Paredes"),[1] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in the principal amount of $155,481.43, plus interest in the amount of $17,829.85 and attorneys' fees in the amount of $11,924.00, for a total judgment amount of $185,235.28.

---

[1] Defendant Supermercado Del Pueblo, t/a Mercado Del Pueblo filed for protection under Chapter 11 of the Bankruptcy Code.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102425-001/958694

1 of 2

In support of its application, Plaintiff relies upon the Complaint (Doc. No. 1), the Declarations of Counsel, the Declaration of Plaintiff's Representative (Doc. No. 6), and the Memorandum in Support, all filed concurrently herewith.

WHEREFORE, based on the foregoing, Plaintiff requests entry of a default judgment against Defendant Aracelica Paredes in the total amount of $185,235.28 under the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c). A form of the Proposed Judgment is submitted concurrently herewith.

Dated this 14th day of July, 2010.

GORDON SILVER

ERIC R. OLSEN
Nevada Bar No. 3127
JEFFREY HULET
Nevada Bar No. 10621
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555

Louis W. Diess, III (*pro hac vice*)
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Ave., N.W., Suite 301
Washington, D.C. 20016
(202) 364-0400
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2010.

102425-001/958694

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555