GORDON SILVER
ERIC R. OLSEN
Nevada Bar No. 3127
Email: eolsen@gordonsilver.com
JEFFREY HULET
Nevada Bar No. 10621
Email: jhulet@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel: (702) 796-5555
Fax: (702) 369-2666

Louis W. Diess, III (*pro hac vice*)
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Ave., N.W., Suite 301
Washington, D.C. 20016
(202) 364-0400
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| A.S.A. PRODUCE CO., INC., <br><br> Plaintiff, <br><br> vs. <br><br> SUPERMERCADO DEL PUEBLO, t/a MERCADO DEL PUEBLO; and ARACELICA PAREDES, <br><br> Defendants. | CASE NO. 10-CV-00456-PMP-LRL <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANT ARACELICA PAREDES** |

Upon the Application for Entry of Default Judgment filed by Plaintiff A.S.A. Produce, Inc. ("Plaintiff"), the Memorandum of Points and Authorities in Support, Declarations of Plaintiff's Counsel and Declaration of Plaintiff's Representative (Doc. No. 6), all on file herein, and all of which establish that Defendant Aracelica Paredes ("Paredes") failed to plead or otherwise defend in this action, that Paredes owes Plaintiff the sum of $155,481.43 as a statutory trust debt under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(c) ("PACA"); and that Paredes is not an infant, incompetent person, or in the military service of the United States,

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102425-001/958753

1 of 2

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff A.S.A. Produce Co., Inc. is a valid trust beneficiary of Paredes under Section 5(c) of PACA, 7 U.S.C. §499e(c), in the amount of $155,481.43;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff A.S.A. Produce Co. against Paredes, in the principal amount of $155,481.43 plus interest in the amount of $17,829.85 and attorney's fees in the amount of $11,924.00, for a total judgment amount of $185,235.28, under the trust provisions of the PACA, 7 U.S.C. §499e(c).

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: July 19, 2010.

Respectfully submitted by:

GORDON SILVER

ERIC R. OLSEN
Nevada Bar No. 3127
JEFFREY HULET
Nevada Bar No. 10621
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
(702) 796-5555

Louis W. Diess, III (*pro hac vice*)
ldiess@mccarronlaw.com
McCarron & Diess
4530 Wisconsin Ave., N.W., Suite 301
Washington, D.C. 20016
(202) 364-0400
*Attorneys for Plaintiff*

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102425-001/958753

2 of 2